

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

April 17, 2020

By Electronic Filing Only
Honorable Douglas E. Arpert
United States Magistrate Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608
Re: *State of New Jersey v U.S. Department of Education*
Civil Action No. 19-18036(BRM)(DEA)

Dear Judge Arpert:

     I write with the consent of opposing counsel, J. Andrew Ruymann, to transmit the parties' joint request for a 30-day adjournment of the initial conference scheduled for April 28, 2020 at 10:00 am, in this FOIA matter. This is the parties' third request for an adjournment of the initial conference, as we continue to attempt to amicably resolve outstanding issues relating to the FOIA request. Recent national events have led the parties to prioritize other more urgent matters, and we intend to work cooperatively to resolve the outstanding issues relating to the FOIA request in a manner that we hope will not necessitate substantial court involvement. We thank you for your consideration of this request.

                            Sincerely yours,

                            GURBIR S. GREWAL
                            ATTORNEY GENERAL OF NEW JERSEY

        By:    /s/ *Glenn J. Moramarco*
                 Glenn J. Moramarco
                 Assistant Attorney General



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-3232 • FAX: (609) 292-0690
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*
