

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

___

| | | |
|---|---|---|
| CRAIG CARPENITO<br>UNITED STATES ATTORNEY<br><br>*J. Andrew Ruymann*<br>*Assistant United States Attorney*<br>*Chief, Civil Division* | *402 East State Street, Room 430*<br>*Trenton, NJ 08608*<br>[john.ruymann@usdoj.gov](mailto:john.ruymann@usdoj.gov) | main: *(609) 989-2190*<br>direct:*(609) 989-0563*<br>fax:    *(609) 989-2360* |

August 3, 2020

By Electronic Filing Only

Honorable Douglas E. Arpert
United States Magistrate Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: *State of New Jersey v U.S. Department of Education*
      Civil Action No. 19-18036(BRM)(DEA)

Dear Judge Arpert:

  I write with the consent of opposing counsel, DAG Elspeth Hans, to convey the parties' joint request for a 60-day adjournment of the initial conference scheduled for August 4, 2020, at 10:00 am, in this FOIA matter.  The parties make this request to continue discussions to see whether this matter can be amicably resolved.  This is the parties' fourth request for an adjournment of the initial conference, with the most recent adjournment rescheduling the initial conference from June 2, 2020, to August 4, 2020.  If Your Honor has any questions or you would like me to arrange a conference call, please let me know.  I thank the Court for Your Honor's consideration of this request.

                Respectfully submitted,

                CRAIG CARPENITO
                United States Attorney

                <u>s/ J. Andrew Ruymann</u>

                By:  J. ANDREW RUYMANN
                Assistant U.S. Attorney

c:  Elspeth Hans, DAG (By ECF Only)